# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CASTANEDA,<br><br>        Plaintiff,<br><br>        v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>        Defendants. | Case No. ED CV 16-0735 FMO (DTBx)<br><br>**JUDGMENT Re: ATTORNEY'S FEES and COSTS** |

Pursuant to the Court's Order Re: Motion for Attorney's Fees, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that plaintiff shall recover $77,418 in attorney's fees and $800 in costs from defendants Ocwen Loan Services, LLC and Nationwide Credit, Inc. Dated this 21st day of November, 2018.

                                                                                              /s/<br>
                                                                  Fernando M. Olguin<br>
                                                            United States District Judge